466 A.2d 725

Commonwealth v. Ramsey, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted April 26, 1983.

John H. Corbett, Jr., Public Defender, for appellant; Dara A. Decourcy, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Affirmed.